UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOB JOHNSON #A094-645-887 | CASE NO. 6:18-CV-00221 SEC P |
| VERSUS | JUDGE ROBERT G JAMES |
| JEFFERSON B SESSIONS III ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Johnson's habeas petition be **DISMISSED AS MOOT**.

THUS DONE in Chambers on this 23rd day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE